## *United States District Court for the Northern District of Illinois*

Case Number: `08cv2296`              Assigned/Issued By: `TG`

Judge Name: `COAR`              Designated Magistrate Judge: `DENLOW`

---

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                          ☐ Alias Summons

☐ Third Party Summons              ☐ Lis Pendens

☐ Non Wage Garnishment Summons     ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons     _____

☐ Citation to Discover Assets            _____
                                         (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

_____Original and _____ copies on _____ as to _____
                                        (Date)
_____
_____

C:\wpwin80\docket\feeinfo.frm    03/14/05