## *United States District Court for the Northern District of Illinois*

Case Number:  08cv2296

Assigned/Issued By: j. n.

Judge Name:

Designated Magistrate Judge:

---

### FEE INFORMATION

**Amount Due:**

- ☐ $350.00
- ☐ $39.00
- ☐ $5.00
- ☐ IFP
- ☐ No Fee
- ☐ Other _____
- ☐ $455.00

Number of Service Copies _____

Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____

Receipt #: _____

Date Payment Rec'd: _____

Fiscal Clerk: _____

---

### ISSUANCES

- ☐ Summons
- ☑ Alias Summons
- ☐ Third Party Summons
- ☐ Lis Pendens
- ☐ Non Wage Garnishment Summons
- ☐ Abstract of Judgment
- ☐ Wage-Deduction Garnishment Summons
- ☐ Citation to Discover Assets

_____
(Victim, Against and $ Amount)

- ☐ Writ _____
  (Type of Writ)

<u>1</u> Original and <u>0</u> copies on <u>5-19-08</u> as to <u>defendant</u>
(Date)

_____

_____