IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BAJER DESIGN & MARKETING , INC., a Wisconsin Corporation,<br>    Plaintiff,<br><br>v.<br><br>BASE4 GROUP, INC., a Delaware Coropration<br><br>    Defendants. | No: 08 C 2296<br><br>Judge Coar |

## MOTION FOR LEAVE TO WITHDRAW
## THE APPEARANCE OF ATTORNEY JOSHUA J. WHITESIDE

Staes & Scallan P.C., , hereby seeks leave to withdraw the Appearance of Joshua J. Whiteside in this matter. In support of this motion, Staes & Scallan, P.C., states:

1. Andrew Staes, Stephen Scallan and Joshua Whiteside appeared in this case on behalf of the plaintiffs.

2. Mr. Whiteside is no longer employed at Staes & Scallan, P.C.

3. The plaintiffs shall continue to be represented by Andrew Staes and Stephen Scallan.

Respectfully submitted,

_/s/ Stephen Scallan_
STEPHEN SCALLAN

## CERTIFICATE OF SERVICE

I, Stephen Scallan, hereby certify that I served the foregoing Motion For Leave To Withdraw The Appearance Of Attorney Joshua J. Whiteside to be served electronically upon all attorney's on record on June 30, 2008.

_____
STEPHEN SCALLAN