IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BAJER DESIGN & MARKETING , INC., )<br>a Wisconsin Corporation, )<br>              Plaintiff, )<br>          )<br>v. )<br>          )<br>          )<br>BASE4 GROUP, INC., )<br>a Delaware Coropration )<br>          )<br>          )<br>              Defendants. )<br>          )<br>          ) | No: 08 C 2296<br><br>Judge Coar |

**NOTICE OF MOTION**

To: See attached service list

     Please take notice that on July 16, 2008 at 9:00 a.m., the undersigned shall appear before the Honorable David H. Coar, 219 S. Dearborn Street, Chicago, Illinois 60604, Courtroom 1419 and present Motion For Leave To Withdraw The Appearance Of Attorney Joshua J. Whiteside.

                                                                          /s/ Stephen Scallan
                                                                          STEPHEN SCALLAN

STAES & SCALLAN, P.C.
111 W. Washington Street
Suite 1310
Chicago, IL 60602
(312) 201-8969

## CERTIFICATE OF SERVICE

I, Stephen Scallan, certify that I have caused a copy of the foregoing Notice Of Motion to be served upon the following persons electronically and by United States Mail on June 30, 2008.

*[signature]*
STEPHEN SCALLAN

## SERVICE LIST

Mr. Thomas A. Clancy
Mr. Joshua S. Stern
Ms. Jeanine L. Stevens
CLANCY & STEVENS
29 S. LaSalle Street
Suite #220
Chicago, Illinois 60603

Mr. Scott Bryan Dolezal
Ms. Laura Lee Scarry
MYERS, MILLER & KRAUSKOPF
30 N. LaSalle Street
Suite #2200
Chicago, Illinois 60602

Mr. Michael K. Durkin
STORINO, RAMELLO & DURKIN
9501 W. Devon Avenue
Suite #800
Rosemont, Illinois 60018

Mr. Charles E. Hervas
HERVAS, CONDON & BERSANI
333 Pierce Road
Suite #195
Itasca, Illinois 60143

Via U.S. Mail Only
Mr. David P. Schippers
SCHIPPERS & BAILEY
20 N. Clark Street
36th Floor
Chicago, Illinois 60602

Mr. Matthew J. Iverson
Ms. Hope G. Nightingdale
LITCHFIELD CAVO
303 W. Madsion Street
Suite#300
Chicago, Illinois 60606

Mr. John Storino
JENNER & BLOCK
One IBM Plaza
42nd Floor
Chicago, Illinois 60611