## AFFIDAVIT OF SERVICE

**State of Illinois**       County of Northern       **District Court**

Case Number: 08 C 2296

Plaintiff:
**Bajer Design & Marketing**
vs.
Defendant:
**Base4 Group, Inc.**

Received these papers on the 28th day of May, 2008 at 9:42 am to be served on **Base4 Group, Inc., 14001 Dallas Parkway, Suite 560, Dallas, TX 78240.**

I, Steve Thomas #SCH1226, being duly sworn, depose and say that on the **23rd day of June, 2008** at 5:35 pm, I:

delivered to a **CORPORATION** by delivering a true copy of the **Summons and Complaint** with the date of service endorsed thereon by me, to: **Marc Keralla** as President for **Base4 Group, Inc.**, at the address of: **2611 Westgrove, Suite 109, Carrollton, TX 75006-2349**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

*Steve Thomas*
Steve Thomas #SCH1226
Process Server

Subscribed and Sworn to before me on the 26th day of June, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC

Our Job Serial Number: 2008001527

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2u