IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BAJER DESIGN & MARKETING, INC., ) a Wisconsin corporation, ) Plaintiff, ) vs. ) BASE4 GROUP, INC., ) a Delaware corporation, ) Defendant. ) | No. 08 C 2296 Judge Coar Magistrate Judge Denlow |

**CERTIFICATE OF SERVICE**

TO:  Joseph A. Kromholz          Stephen Scallan
     John M. Manion               Andrew Staes
     Daniel R. Johnson            Staes & Scallan, P.C.
     Ryan Kromholz & Manion, S.C. 111 West Washington Street
     P.O. Box 26618               Suite 1631
     Milwaukee, WI  53226         Chicago, IL  60602

      The undersigned hereby certifies that on 14th day of July, 2008, a copy of the foregoing **Defendant's Answer to Plaintiff's Amended Complaint** was filed electronically, notice of which will be sent by operation of the court's electronic filing system.  A copy of Defendant's Answer to Plaintiff's Amended Complaint was also caused to be served to all attorneys of record listed herein at their respective addresses by depositing same in the U.S. Mail at 330 North Wabash, Chicago, Illinois, 60611, before 5:00 p.m. on July 14, 2008, with proper postage prepaid.

                                          s/P. Stephen Fardy
                                          One of the Attorneys for Defendant
                                          Base4 Group, Inc.

P. Stephen Fardy, I.D. No. 6230900
SWANSON, MARTIN & BELL, LLP
330 North Wabash - Suite 3300
Chicago, Illinois  60611
(312)321-9100
(312)321-0990 fax

Michael D. Pegues
Jason A. Wietjes
BRACEWELL & GUILIANI, LLP
1445 Ross Avenue
Suite 3800
Dallas, TX  75202
(214)468-3800
(214)468-3888 fax