## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                               Case Number: 1:08-CV-02296

Bajer Design & Marketing, Inc.

v.

Base4 Group, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Base4 Group, Inc.
14001 Dallas Pkwy, Suite 560
Dallas, Texas 75240

| | |
|---|---|
| NAME (Type or print)<br>Jason A. Wietjes | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| FIRM<br>Bracewell & Giuliani LLP | |
| STREET ADDRESS<br>1445 Ross Avenue, Suite 3800 | |
| CITY/STATE/ZIP<br>Dallas | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER<br>214-758-1035 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?          YES ☐          NO ☑

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?          YES ☐          NO ☑

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?          YES ☐          NO ☑

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☑    NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐