IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BAJER DESIGN & MARKETING, INC., ) <br> a Wisconsin corporation, ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> BASE4 GROUP, INC., ) <br> a Delaware corporation, ) <br> Defendant. ) | No. 08 C 2296 <br> Judge Coar <br> Magistrate Judge Denlow |

**CERTIFICATE OF SERVICE**

TO:  Joseph A. Kromholz             Stephen Scallan
     John M. Manion                 Andrew Staes
     Daniel R. Johnson              Staes & Scallan, P.C.
     Ryan Kromholz & Manion, S.C.   111 West Washington Street
     P.O. Box 26618                 Suite 1631
     Milwaukee, WI  53226           Chicago, IL  60602

    The undersigned hereby certifies that on 14th day of July, 2008, a copy of the foregoing **Application for Leave to Appear Pro Hac Vice of Michael Pegues** was filed electronically, notice of which will be sent by operation of the court's electronic filing system.  A copy of Application for Leave to Appear Pro Hac Vice was also caused to be served to all attorneys of record listed herein at their respective addresses by depositing same in the U.S. Mail at 330 North Wabash, Chicago, Illinois, 60611, before 5:00 p.m. on July 14, 2008, with proper postage prepaid.

                                        s/P. Stephen Fardy
                                        One of the Attorneys for Defendant
                                        Base4 Group, Inc.

P. Stephen Fardy, I.D. No. 6230900
SWANSON, MARTIN & BELL, LLP
330 North Wabash - Suite 3300
Chicago, Illinois  60611
(312)321-9100
(312)321-0990 fax

Michael D. Pegues
Jason A. Wietjes
BRACEWELL & GUILIANI, LLP
1445 Ross Avenue
Suite 3800
Dallas, TX  75202
(214)468-3800
(214)468-3888 fax