## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
## Eastern Division

Bajer Design & Marketing, Inc.
                                Plaintiff,

v.                                          Case No.: 1:08–cv–02296
                                                        Honorable David H. Coar

BASE4 Group, Inc.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 16, 2008:

      MINUTE entry before the Honorable David H. Coar:Motion to withdraw as attorney [14] is granted. Attorney Joshua James Whiteside terminated. Application to appear pro hac vice [20] is granted. Application to appear pro hac vice [21] is granted. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.