**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

BAJER DESIGN & MARKETING , INC.,   )
a Wisconsin Corporation,              )
              Plaintiff,         )
                                )
      v.                        )
                                )
                                )    No: 08 C 2296
BASE4 GROUP, INC.,           )
a Delaware Coropration       )    Judge Coar
                                )
              Defendants.      )
                                )
                                )

**NOTICE OF MOTION**

To: See attached service list

      Please take notice that on August 20, 2008 at 9:00 a.m., the undersigned shall appear before

the Honorable David H. Coar, 219 S. Dearborn Street, Chicago, Illinois 60604, Courtroom 1419 and

present Plaintiff's Motion To Strike Affirmative Defenses.

                                         ANDREW STAES

STAES & SCALLAN, P.C.
111 W. Washington Street
Suite 1310
Chicago, IL 60602
(312) 201-8969

Joseph A. Kromholz
RYAN KROMHOLZ & MANION
P.O. Box 26618
Milwaukee, WI 53226
(262) 783-1300

## CERTIFICATE OF SERVICE

I, Andrew Staes,  certify that I have caused a copy of the foregoing Notice Of Motion  to be served upon the following persons electronically on August 11, 2008.

ANDREW STAES

## SERVICE LIST

P. Stephen Fardy
SWANSON, MARTIN & BELL
330 N. Wabash
Suite #3300
Chicago, Illinois 60611

Michael D. Pegues
Jason A. Wietjes
BRACEWELL & GUILIANI
1445 Ross Avenue
Suite #3800
Dallas, TX 75202