IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BAJER DESIGN & MARKETING , INC., a Wisconsin Corporation, Plaintiff, v. BASE4 GROUP, INC., a Delaware Coropration Defendants. | No: 08 C 2296 Judge Coar |

## NOTICE OF MOTION

To: See attached service list

Please take notice that on August 20, 2008 at 9:00 a.m., the undersigned shall appear before the Honorable David H. Coar, 219 S. Dearborn Street, Chicago, Illinois 60604, Courtroom 1419 and present Plaintiff's Motion To Strike Portions Of Defendant's Answer Or Alternatively To Have The Allegations Deemed Admitted

/s/ ANDREW STAES

STAES & SCALLAN, P.C.
111 W. Washington Street
Suite 1310
Chicago, IL 60602
(312) 201-8969

Joseph A. Kromholz
RYAN KROMHOLZ & MANION
P.O. Box 26618
Milwaukee, WI 53226
(262) 783-1300

## CERTIFICATE OF SERVICE

I, Andrew Staes, certify that I have caused a copy of the foregoing Notice Of Motion to be served upon the following persons electronically on August 11, 2008.

ANDREW STAES

## SERVICE LIST

P. Stephen Fardy
SWANSON, MARTIN & BELL
330 N. Wabash
Suite #3300
Chicago, Illinois 60611

Michael D. Pegues
Jason A. Wietjes
BRACEWELL & GUILIANI
1445 Ross Avenue
Suite #3800
Dallas, TX 75202