**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Bajer Design & Marketing, Inc.
                                  Plaintiff,

v.                                                             Case No.: 1:08−cv−02296
                                                            Honorable David H. Coar

BASE4 Group, Inc.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 20, 2008:

      MINUTE entry before the Honorable David H. Coar:Motions to strike affirmative defenses [28], and to strike defendant's answer or alternatively to have the allegations deemed admitted [30]are granted. Defendant is given to and including 8/27/2008 to amend all pleadings. Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.