IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BAJER DESIGN & MARKETING, INC., | ) | |
| a Wisconsin corporation, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 08 C 2296 |
| | ) | Judge Coar |
| BASE4 GROUP, INC., | ) | Magistrate Judge Denlow |
| a Delaware corporation, | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

TO:  Joseph A. Kromholz                    Stephen Scallan
     John M. Manion                        Andrew Staes
     Daniel R. Johnson                     Staes & Scallan, P.C.
     Ryan Kromholz & Manion, S.C.          111 West Washington Street
     P.O. Box 26618                        Suite 1631
     Milwaukee, WI  53226                  Chicago, IL  60602

     The undersigned hereby certifies that on 27th day of August 2008, a copy of the foregoing **Defendant's First Amended Answer to Plaintiff's Amended Complaint** was filed electronically, notice of which will be sent by operation of the court's electronic filing system.

                              s/P. Stephen Fardy
                              One of the Attorneys for Defendant
                              Base4 Group, Inc.

P. Stephen Fardy, I.D. No. 6230900
SWANSON, MARTIN & BELL, LLP
330 North Wabash - Suite 3300
Chicago, Illinois  60611
(312)321-9100
(312)321-0990 fax

Michael D. Pegues
Jason A. Wietjes
BRACEWELL & GUILIANI, LLP
1445 Ross Avenue
Suite 3800
Dallas, TX  75202
(214)468-3800
(214)468-3888 fax